**Opinion issued December 23, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-01046-CR

————————————

## IN RE TYROND DWAYNE RICHARD, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Tyrond Dwayne Richard, incarcerated and proceeding pro se, filed a letter-motion stating that he was "request[ing] . . . leave to file [a petition for writ of] mandamus."[1]  Relator's letter-motion stated that on November 3, 2025, he "mailed a subsequent application under Article 11.07 to wit: wrongful imprisonment," but

---

[1]  The underlying case is *The State of Texas v. Tyrond Dwayne Richard*, Cause Number 1336435, pending in the 180th District Court of Harris County, Texas, the Honorable Tami Pierce presiding.

that "the respondent ha[d] not transmitted the writ to the Court of Criminal Appeal[s]." Relator's letter-motion failed to identify the respondent, but "ask[ed] that this Honorable Court of Appeal[s] compel the lower court to perform [its] duty." Relator did not file a petition for writ of mandamus.

It is not necessary to file a motion for leave before filing a petition for writ of mandamus. *See* TEX. R. APP. P. 52.1. This Court cannot grant mandamus relief without a petition for writ of mandamus that complies with the requirements of the Texas Rules of Appellate Procedure.

Accordingly, we deny relator's letter-motion for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.1, 52.3, 52.7. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.

Do not publish. TEX. R. APP. P. 47.2(b).